148 So. 333

## GREAT ATLANTIC & PACIFIC TEA COMPANY v. M. M. SUMMERS.
### 6 Div. 364.

Supreme Court of Alabama.

May 18, 1933.

Frederick V. Wells, of Birmingham, for the motion.

Drennen & Perrine, of Birmingham, opposed.

FOSTER, Justice.

Petition of M. M. Summers for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Great Atlantic & Pacific Tea Co. v. Summers, 148 So. 332.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.